In the Matter of the Claim of ROSETTA HUFFMAN, Respondent, against CAST TRAFFIC SIGN CORPORATION, Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the State Insurance Fund from awards for disability and death benefits made by the State Industrial Board. Claimant was employed by the Cast Traffic Sign Corporation as a moulder from some time in 1935 to September, 1936. It has been found that in the month of July, 1936, he contracted tuberculosis superimposed upon a pulmonary fibrosis, and that he died therefrom on November 16, 1937. Further, that such tuberculosis was the sole disabling factor and the primary cause of death. That it was due to exposure to gas and fumes in his employment by the Cast Traffic Sign Corporation as a moulder. There is evidence to sustain these findings, and the awards for disability and death benefits on the basis of an occupational disease, within the purview of section 3, subdivision 2, group 28, of the Workmen's Compensation Law. Awards unanimously affirmed, with costs to the State Industrial Board, and against the State Insurance Fund. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of EDWARD KOWAL, Respondent, against ADVANCE SPRAY PAINTING Co. and THE OCEAN ACCIDENT & GUARANTEE CORP., LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— While working near a conveyor claimant fell and his right knee was caught between the rollers. The injury received caused a fifteen per cent loss of use of the right knee, for which the award has been made. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.